IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY SIMMONS, DEXTER LOWE,
CHRIS WYRICK and RECARDO WYRICK                                PLAINTIFFS

V.                              CASE NO. 15-CV-4062

STEVE MUDFORD, Individually and
d/b/a LAND & MANAGEMENT LOGGING                                DEFENDANT

## ORDER

Before the Court is a Separate Plaintiff Recardo Wyrick's Unopposed Motion to Dismiss. ECF No. 15. Plaintiff moves the Court to dismiss all his claims against Defendant. Pursuant to Fed. R. Civ. P. 41(a)(2), the Motion to Dismiss is **GRANTED**. Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 22nd day of September, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge