IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY SIMMONS, DEXTER LOWE,
and CHRIS WYRICK                                                                            PLAINTIFFS

V.                                              CASE NO. 15-CV-4062

STEVE MUDFORD, Individually and
d/b/a LAND & MANAGEMENT LOGGING                                          DEFENDANT

## ORDER

Before the Court is a Separate Plaintiff Dexter Lowe's Unopposed Motion to Dismiss. ECF No. 18. Plaintiff Lowe moves the Court to dismiss all his claims against Defendant. Pursuant to Fed. R. Civ. P. 41(a)(2), the Motion to Dismiss is **GRANTED**. Plaintiff Lowe's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 24th day of September, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge