IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY SIMMONS
and CHRIS WYRICK                                                                              PLAINTIFFS

V.                                    CASE NO. 15-CV-4062

STEVE MUDFORD, Individually and
d/b/a LAND & MANAGEMENT LOGGING                                                DEFENDANT

## ORDER

Before the Court is Separate Plaintiff Chris Wyrick's Unopposed Motion to Dismiss. ECF No. 21. Separate Plaintiff Chris Wyrick moves the Court to dismiss all his claims against Defendant. Pursuant to Fed. R. Civ. P. 41(a)(2), the Motion to Dismiss is **GRANTED**. Separate Plaintiff Chris Wyrick's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 6th day of October, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge