IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY SIMMONS                                                                                    PLAINTIFFS

V.                                    CASE NO. 15-CV-4062

STEVE MUDFORD, Individually and
d/b/a LAND & MANAGEMENT LOGGING                                          DEFENDANT

**ORDER**

  The parties have notified the Court that they have entered into a settlement agreement that resolves all issues between them in this case.  Accordingly, the trial scheduled for the week of August 22, 2016, is cancelled.  The above styled cause is **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement.  **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

  The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

  IT IS SO ORDERED, this 2nd day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge